**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 23-1724**

─────────

MIRNA RODRIGUEZ-ABREGO,

　　　　　Petitioner,

　　v.

MERRICK B. GARLAND,

　　　　　Respondent.

─────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────

Submitted:  May 21, 2024　　　　　　　　　Decided:  July 9, 2024

─────────

Before HARRIS and RICHARDSON, Circuit Judges, and MOTZ, Senior Circuit Judge.

─────────

Petition denied by unpublished per curiam opinion.

─────────

**ON BRIEF:**  Mark J. Devine, Charleston, South Carolina, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Jennifer Levings, Assistant Director, Robert P. Coleman, III, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mirna Rodriguez-Abrego, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the Immigration Judge's decision denying her applications for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We deny the petition for review.

We have reviewed the record and the Board's decision and conclude that the adverse credibility finding is supported by substantial evidence. *Herrera-Alcala v. Garland*, 39 F.4th 233, 245 (4th Cir. 2022) (stating standard of review). We also conclude that the evidence independent of Rodriguez-Abrego's testimony is insufficient to meet Rodriguez-Abrego's burden of proof for asylum, withholding of removal, and protection under the CAT. Rodriguez-Abrego's remaining arguments are without merit.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*